THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. HIGGINS, Appellant, v. THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK and JOHN F. HYLAN and Others, etc., Respondents.— Order denying motion for peremptory mandamus order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with fifty dollars costs, on authority of *People ex rel. Tevlin* v. *Board of Estimate & Apportionment* [*post*, p. 779], decided herewith. Rich, Jaycox, Young, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. LEWIS E. LAWES, as Agent and Warden of Sing Sing Prison, Respondent.— Order dismissing writ of habeas corpus affirmed. We are of opinion that the relator was not entitled to an absolute and unconditional discharge, after determination of the amount of commutation and compensation, but that his rights rested in the discretion of the Governor under section 242 of the Prison Law; * and that such rights were not infringed upon by the amendment of 1921 (Chap. 567) to section 243 of the Prison Law. The Governor in acting upon the report of the Prison Board possessed power to approve or disapprove that report, and his authority to grant commutation upon such conditions and with such restrictions and limitations as he might think proper, is not subject to question. (*People ex rel. Brackett* v. *Kaiser*, 209 App. Div. 722.) Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH F. TEVLIN, Appellant, v. THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, and JOHN F. HYLAN and Others, etc., Respondents.— Order denying motion for order of peremptory mandamus reversed upon the law, with ten dollars costs and disbursements, and motion granted, with fifty dollars costs. We are of opinion that the powers conferred upon the board of supervisors of Kings county by chapter 532 of the Laws of 1880 are now vested in the board of aldermen of the city of New York.† Rich, Jaycox, Young, Kapper and Lazansky, JJ., concur.